UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

EVANSTON INSURANCE COMPANY,    :
                Plaintiff,    :
                                                    :
        v.    :    No. 5:20-cv-01934
                                                    :
TRISTAR PRODUCTIONS INC.,    :
                Defendant.    :
_____

**O R D E R**

**AND NOW**, this 11th day of August, 2020, upon consideration of the motion to intervene in the instant action filed by non-party Hiscox Dedicated Corporate Member Limited as Representative Member of Syndicate 33 at Lloyd's ("Hiscox"), *see* ECF No. 13, which motion is not opposed by either party, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1.     Hiscox's motion to intervene, ECF No. 13, is **GRANTED.**

2.     Hiscox shall be made a Plaintiff-Intervenor in this action.

3.     The Complaint in Intervention attached as Exhibit D to Hiscox's motion to intervene, *see* ECF No. 13-9, shall be entered as the Complaint of Hiscox in this action.

4.     All deadlines previously set by the Court shall apply to Hiscox as a party to this action.

                                                                        BY THE COURT:

                                                                        */s/ Joseph F. Leeson, Jr.*
                                                                        JOSEPH F. LEESON, JR.
                                                                        United States District Judge