UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, | : |
| Plaintiff, | : |
| HISCOX DEDICATED CORPORATE MEMBER LIMITED AS REPRESENTATIVE MEMBER OF SYNDICATE 33 AT LLOYD'S, | : |
| Plaintiff/Intervenor, | : |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, | : No. 5:20-cv-01934 |
| Plaintiff/Intervenor, | : |
| v. | : |
| TRISTAR PRODUCTS, INC., | : |
| Defendant. | : |

## O R D E R

**AND NOW**, this 3rd day of May, 2021, upon consideration of the motions for judgment on the pleadings filed by Westchester, Evanston, and Hiscox, *see* ECF Nos. 33, 34, and 36, as well as the cross-motions for judgment on the pleadings filed by Tristar, *see* ECF Nos. 38-40, and for the reasons set forth in the accompanying Opinion, **IT IS HEREBY ORDERED THAT:**

1. The motions for judgment on the pleadings filed by Westchester, Evanston, and Hiscox, ECF Nos. 33, 34, and 36, are **GRANTED.**

2. Tristar's cross-motions for judgment on the pleadings, ECF Nos. 38-40, are **DENIED.**

3. It is **DECLARED** that Westchester, Evanston, and Hiscox have no duty to defend or indemnify Tristar in the litigation pending in the U.S. District Court for the Central District of California, *Partida v. Tristar Products, Inc.*, Civil No. 5:20-cv-00436.

4. This case is **CLOSED.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge
